**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Patrick Shaw McGoey
Schonekas, Evans, etc.
909 Poydras, Suite 1600
New Orleans LA 70112

Jacob K. Weixler
Schonekas, Evans
909 Poydras Street, Ste 1600
New Orleans LA 70112

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on December 4, 2019

**REHEARING ACTION: December 4, 2019**

**Docket Number: 19   00205-CA consolidated with 204-CA**

**GBB PROPERTIES TWO, LLC, ET AL.**
**VERSUS**
**THE INDUSTRIAL DEVELOPMENT BOARD**
**OF PARISH OF LAFAYETTE, LA INC**

**Appealed from Lafayette Parish Case No. 20185659**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Phyllis M. Keaty**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **GBB Properties Two, LLC** and **DBR Properties, LLC** has this

day been

**DENIED.**

cc: Brent Bennett Barriere, Counsel for the Appellee
Rickey Wayne Miniex, Counsel for the Appellee
Degan Skylar Rosenbloom, Counsel for the Appellee
Frank X. Neuner, Jr,, Counsel for the Appellee